*Thursday, December 17, 1992*
## MOTION DOCKET

**92–2509.** Waste Technologies, Inc. v. Tri–State Environmental. *Columbiana County*, No. 92–C–79. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Columbiana County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective December 15, 1992.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–2510.** Waste Technologies, Inc. v. Tri–State Environmental. *Columbiana County*, No. 92–C–80. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Columbiana County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective December 15, 1992.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**92–2131.** In re Complaint of the Bd. of Edn. of the Cleveland City School Dist. Public Utilities Commission, Nos. 91–2308–EL–CSS and 92–504–EL–CSS. Cause dismissed, on appellant's application to dismiss, effective December 15, 1992.

## MISCELLANEOUS DOCKET

**92–1965.** In re Margules. Pursuant to Gov.Bar R. I(8)(H), the license of Ivy Marilyn Margules, Attorney Registration No. 0043999, is revoked. See *In re Chavez* (1991), 62 Ohio St.3d 1459, 580 N.E.2d 440, and *In re Finesmith* (1991), 62 Ohio St.3d 1460, 580 N.E.2d 441.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1966.** In re Kaptur. Pursuant to Gov.Bar R. I(8)(H), the license of Julie Fritts Kaptur, Attorney Registration No. 0041821, is revoked. See *In re Chavez* (1991), 62 Ohio St.3d 1459, 580 N.E.2d 440, and *In re Finesmith* (1991), 62 Ohio St.3d 1460, 580 N.E.2d 441.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

RESNICK, J., dissents and would permit Kaptur to register for inactive status.

HOLMES, J., not participating.

**92–1968.** In re Vissman. Pursuant to Gov.Bar R. I(8)(H), the license of Christine Elaine Marion Vissman, Attorney Registration No. 0044032, is revoked. See *In re Chavez* (1991), 62 Ohio St.3d 1459, 580 N.E.2d 440, and *In re Finesmith* (1991), 62 Ohio St.3d 1460, 580 N.E.2d 441.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

RESNICK, J., dissents and would permit Vissman to register for inactive status.

**92–1969.** In re Black. Pursuant to Gov.Bar R. I(8)(H), the license of Elsa Goss Black, Attorney Registration No. 0043804, is revoked. See *In re Chavez* (1991), 62 Ohio St.3d 1459, 580 N.E.2d 440, and *In re Finesmith* (1991), 62 Ohio St.3d 1460, 580 N.E.2d 441.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1970.** In re Apenbrink. Pursuant to Gov.Bar R. I(8)(H), the order to show cause why the license of Edwin John Apenbrink, Attorney Registration No. 0041819, should not be revoked is dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.